# Third District Court of Appeal
## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1612
Lower Tribunal No. F17-83

————————————

**Ceasar Gonzalez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Ceasar Gonzalez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.